No. M–41. FLETCHER *v.* UNITED STATES;
No. M–42. FORMAN ET AL. *v.* IBEW LOCAL UNION No. 640 AND ARIZONA CHAPTER NECA PENSION TRUST FUND ET AL.;
No. M–43. ROSEN *v.* BOARD OF MEDICAL EXAMINERS OF ARIZONA;
No. M–46. ESTRADA MEDRANO *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; and

No. M–47. POISSENOT ET AL. *v.* DALLAS COWBOYS FOOTBALL CLUB ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.